In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-531 CV


____________________



JENNIE RUTH BAREFOOT, Appellant



V.



WILLIAM M. BAREFOOT, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. CV 69414






MEMORANDUM OPINION


 Jennie Ruth Barefoot appealed the trial court's judgment in her divorce from William
M. Barefoot. The appeal was submitted without briefs because the appellant failed to file her
brief by May 15, 2007, the due date on the extension granted for filing her brief. See Tex.
R. App. P. 38.6(a), (d). On July 31, 2007, we notified the parties that the appeal would be
advanced without oral argument. See Tex. R. App. P. 39.9. In the absence of a brief
assigning error, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.

 

 ______________________________

 STEVE McKEITHEN

 Chief Justice

Submitted on August 21, 2007

Opinion Delivered September 6, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.